IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE TOM, <br><br>    Plaintiff, <br><br>  v. <br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, <br><br>    Defendant. <br>_____ / | No. C 16-01067 WHA <br><br>**ORDER SETTING SCHEDULE FOR FURTHER DISCOVERY AND HOLDING IN ABEYANCE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

    Defendant Hartford Life and Accident Insurance Company contends that plaintiff's employer offered a single benefits plan with a single policy from Hartford with two certificates issued under that policy. As discussed at the hearing, both sides shall have until **THURSDAY, NOVEMBER 3** to conduct further discovery addressing that position. By **NOVEMBER 10 AT NOON**, both sides shall each file supplemental briefs **NOT TO EXCEED TWELVE PAGES**, supported by sworn evidence, addressing their findings. Both sides shall likewise respond by **NOVEMBER 17 AT NOON**.

    Hartford's motion for summary judgment will be **HELD IN ABEYANCE** pending this further discovery and supplemental briefing.

    **IT IS SO ORDERED.**

Dated: September 14, 2016.

                                                          WILLIAM ALSUP <br>
                                                          UNITED STATES DISTRICT JUDGE