IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE TOM, | No. C 16-01067 WHA |
| Plaintiff, | |
| v. | **ORDER RE REQUEST TO RESCHEDULE MEET AND CONFER AND HEARING ON DISCOVERY DISPUTE** |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

The Court is in receipt of plaintiff's counsel's declaration requesting a continuance of the meet and confer and hearing on plaintiff's discovery dispute (Dkt. No. 46). The meet and confer and hearing will proceed as scheduled on November 3. If a party cannot attend, that party shall inform the Court in writing by **OCTOBER 31 AT NOON**, in which case the Court will decide the discovery dispute on the papers.

**IT IS SO ORDERED.**

Dated: October 28, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE