IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE TOM, | No. C 16-01067 WHA |
|     Plaintiff, | |
|   v. | **ORDER RE FIRST DISCOVERY DISPUTE** |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
|     Defendant. | |

This discovery dispute arose because the parties could not agree on a date on which to set defendant's deposition under FRCP 30(b)(6) (Dkt. Nos. 42, 44). The deposition is set for **DECEMBER 2 AT 9:00 A.M.**

    **IT IS SO ORDERED.**

Dated: November 3, 2016.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE