IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE TOM,<br><br>          Plaintiff,<br><br>  v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>          Defendant.<br>                                                              / | No. C 16-01067 WHA<br><br>**ORDER SETTING HEARING RE DEFENDANT'S THIRD DISCOVERY DISPUTE** |

The Court is in receipt of yet another discovery dispute in this matter (Dkt. No. 61). Plaintiff has already filed a response (Dkt. No. 63). This order **SETS** a four-hour meet-and-confer starting at **8:00 A.M. AND CONTINUING TO NOON ON NOVEMBER 23** in the Court's jury room in the San Francisco federal courthouse. At **1:00 P.M.**, the Court will hear any remaining discovery issue(s).

Please note that only lawyers who personally participate in the meet-and-confer *in the Court's jury room* may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: November 14, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE