**United States District Court**
For the Northern District of California

1

2

3

4

5

6                                         IN THE UNITED STATES DISTRICT COURT

7

8                                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    ARLENE TOM,                                                         No. C 16-01067 WHA

11                   Plaintiff,

12         v.                                                             **ORDER RE THIRD DISCOVERY
                                                                          DISPUTE AND DEFERRING**
13    HARTFORD LIFE AND ACCIDENT                                          **RULING ON FOURTH
      INSURANCE COMPANY,**                                                **DISCOVERY DISPUTE**
14

15                   Defendant.
                                                              /

16

17            The parties' third discovery dispute arises from defendant Hartford Life and Accident

18    Insurance Company's demand that plaintiff Arlene Tom undergo a medical examination by a

19    rheumatologist (Dkt. No. 61).  Plaintiff's allegations underlying her complaint put at issue the

20    questions of whether she has fibromyalgia and, if so, the severity of that condition and its

21    effects on her ability to function.  Good cause shown, this order **GRANTS** the requested

22    examination, subject to the following:

23            •       The medical examination shall be conducted by Neal Birnbaum, M.D., on

24                    December 12 at Dr. Birnbaum's office in San Francisco.

25            •       Defense counsel shall arrange and set up, at minimum, audio recording to

26                    preserve an accurate record of the medical examination.

27            The parties' fourth discovery dispute (Dkt. No. 70) is over defendants' additional

28    demand for a neuropsychological examination of plaintiff to ascertain whether her alleged

      symptoms, *e.g.*, cognitive impairment, are caused by physical or mental illness, as well as to

United States District Court

For the Northern District of California

1    determine the extent of her claimed emotional distress.  As to the first purpose, it is possible

2    that the rheumatologist who examines plaintiff will conclude fibromyalgia accounts for either

3    all or none of her alleged symptoms.  Either scenario would mostly, if not entirely, neutralize

4    the purported need for a neuropsychologist to also investigate the cause of those symptoms.

5    This order therefore **DEFERS RULING** on this dispute until after plaintiff is examined by a

6    rheumatologist.  A separate hearing on defendants' demand for a neuropsychological

7    examination is set for **JANUARY 11, 2017, AT 1:00 P.M.**  Both sides shall submit supplemental

8    letter briefs, as well as Dr. Birnbaum's report on the results of his examination of plaintiff, by

9    **JANUARY 4, 2017, AT NOON**.

10

11         **IT IS SO ORDERED.**

12

13   Dated:  November 28, 2016.

                                    _____
14                                   WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28