1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ARLENE TOM,

        Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

        Defendant.

Case No. 16-cv-01067 WHA

**[PROPOSED]** **ORDER GRANTING
DEFENDANT'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS
UNDER SEAL**

      The Court, having considered Defendant's Administrative Motion To File
Documents Under Seal in support of Defendant's Motion for Summary Judgment
re ERISA Preemption, and the opposition thereto and good cause appearing,

      **IT IS ORDERED** that Defendant's Administrative Motion To File
Documents Under Seal is granted;

      **IT IS FURTHER ORDERED** that the following Exhibits in Support of
Defendant's Motion for Summary Judgment Re ERISA Preemption shall be filed
under seal:

///

///

///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4833-6565-4070 v1

- 1 -

ORDER GRANTING DEFENDANT'S
ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL

203176092_1 LAW

1    **Exhibits to the Declaration of John C. Choi**

2       1.       Exhibit 1 to Declaration of John C. Choi ("Choi Decl.") – Grant

3    Thornton LLP Request for Proposal – Long-Term Disability, Life Insurance, and

4    AD&D Programs.

5       2.       Exhibit 2 to Choi Decl. – Hartford Life and Accident Insurance

6    Company Proposal of Employee Benefits.

7    **Exhibits to the Declaration of Keiko J. Kojima**

8       1.       Exhibit 1 to Declaration of Keiko J. Kojima ("Kojima Decl.") – Grant

9    Thornton 2008 Partner and Principal Benefits Handbook.

10      2.       Exhibit 2 to Kojima Decl. – Grant Thornton 2009 Partner and

11   Principal Benefits Handbook.

12      3.       Exhibit 3 to Kojima Decl. – Grant Thornton 2010 Partner and

13   Principal Benefits Handbook.

14      4.       Exhibit 4 to Kojima Decl. – Grant Thornton document, "Making your

15   2008 open enrollment elections."

16      5.       Exhibit 5 to Kojima Decl. – Grant Thornton document, "Your Health

17   & Wellness Benefits – Frequently Asked Questions & Answers, Open Enrollment

18   2008."

19      6.       Exhibit 6 to Kojima Decl. – Grant Thornton 2009 Benefits Enrollment

20   Guide.

21      7.       Exhibit 7 to Kojima Decl. – Grant Thornton 2010 Benefits Enrollment

22   Guide.

23      8.       Exhibit 8 to Kojima Decl. – July 23, 2008 Grant Thornton

24   Memorandum re:  Benefits for Partners and Principals.

25      **IT IS SO ORDERED.**

26   Dated:  November 28, 2016.                    By: _____

27                                                      Honorable William Alsup
                                                        United States District Court Judge

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4833-6565-4070 v1                    - 2 –                ORDER GRANTING DEFENDANT'S
                                                              ADMINISTRATIVE MOTION TO FILE
                                                              DOCUMENTS UNDER SEAL

203176092_1 LAW