UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE TOM,<br><br>        Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>        Defendant. | Case No. 16-cv-01067 WHA<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE: SUPPLEMENTAL BRIEFING |

The Court, having considered Defendant's Administrative Motion To File Documents Under Seal in support of Defendant's Supplemental Brief, and good cause appearing,

**IT IS ORDERED** that Defendant's Administrative Motion To File Documents Under Seal is granted;

**IT IS FURTHER ORDERED** that the following Exhibits in Support of Defendant's Supplemental Brief shall be filed under seal:

///

///

///

///

**Exhibits to the Declaration of Karen Suller**

1. Exhibit 21 to Suller Declaration – Emails to/from Grant Thornton regarding preparation of and revisions to Certificates

2. Exhibit 22 to Suller Declaration – Relevant portions of Coverage Description Sheets

3. Exhibit 23 to Suller Declaration -Relevant portions of Implementation Log.

**IT IS SO ORDERED.**

Dated: November 28, 2016.

By: _____
Honorable William Alsup
United States District Court Judge