**United States District Court**
For the Northern District of California

1
2
3
4
5

6                    IN THE UNITED STATES DISTRICT COURT

7
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9

10   ARLENE TOM,                                    No. C 16-01067 WHA

11              Plaintiff,

12        v.                                        **ORDER DENYING MOTION
                                                    FOR SUMMARY JUDGMENT**
13   HARTFORD LIFE AND ACCIDENT                     **RE ERISA PREEMPTION AND**
     INSURANCE COMPANY,                             **CONTINUING BENCH TRIAL**
14

15              Defendant.
                                              /
16

17        Defendant's motion for summary judgment that plaintiff's claims are preempted by

18   ERISA is **DENIED** for the reasons stated on the record during the hearing on November 22.  A

19   bench trial on the limited issue of ERISA preemption was originally set for January 23, 2017.

20   However, the parties have stipulated to continue the trial date to **JANUARY 30, 2017** (Dkt. No.

21   78).  For good cause shown, the stipulation is **APPROVED**.

22

23        **IT IS SO ORDERED.**

24

25   Dated:  December 8, 2016.                      _____
                                                    WILLIAM ALSUP
26                                                  UNITED STATES DISTRICT JUDGE

27

28