**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARLENE TOM,

    Plaintiff,

  v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.
                              /

No. C 16-01067 WHA

**ORDER RE SECOND DISCOVERY DISPUTE**

    Defendant Hartford Life and Accident Insurance Company seeks to compel production of documents and information regarding plaintiff Arlene Tom's finances. Defendant claims this information is necessary to assess plaintiff's claim of emotional distress (Dkt. No. 54). Following an evidentiary hearing to evaluate the scope of that claim and how plaintiff's financial information is relevant thereto, this order **GRANTS** the requested relief only to the extent stated on the record. Plaintiff shall produce information and documents in compliance with this order by **JANUARY 10, 2017**.

    The deadline for filing dispositive motions is continued to **FEBRUARY 23, 2017**.

    **IT IS SO ORDERED.**

Dated: December 27, 2016.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE