IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARLENE TOM,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.

No. C 16-01067 WHA

**FINAL PRETRIAL ORDER**

**FOR GOOD CAUSE** and after a final pretrial conference, the following constitutes the final pretrial order:

1. The limited issue of ERISA preemption in this matter shall go to a **BENCH TRIAL** on **JANUARY 30 AT 7:30 A.M.** Trial is expected to last one day but may continue into January 31.

2. Except for good cause, each party is limited to the witnesses and exhibits disclosed in the pretrial filings. Materials or witnesses used solely for impeachment need not be disclosed and may be used at trial, subject to the Federal Rules of Evidence.

3. The parties shall meet and confer and jointly submit a tabbed binder with the 12 most important documents for this trial. The parties may tab and highlight significant passages in those documents, up to 20 passages for both sides. Plaintiff shall use blue tabs and highlighting, and defendant shall use yellow tabs

and highlighting. Each passage so marked as significant should be no longer than two or three lines of text.

**IT IS SO ORDERED.**

Dated: January 19, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE